

# NUMBER 13-21-00068-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI — EDINBURG

## IN RE CLEAR DIAMOND, INC.

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Hinojosa, and Silva
### Per Curiam Order

On March 4, 2021, relator Clear Diamond, Inc. filed a petition for writ of mandamus and a motion for emergency stay in the above cause. Through this original proceeding, relator seeks to compel the trial court to grant relator's plea in abatement and vacate its order denying relator's motion to transfer venue. By emergency motion, relator seeks to stay the underlying trial court proceedings pending resolution of its petition for writ of mandamus.

The Court, having examined and fully considered relator's motion for emergency

stay, is of the opinion that it should be granted. Accordingly, we grant relator's motion for emergency stay and we stay all trial court proceedings pending resolution of this original proceeding. *See* TEX. R. APP. P. 52.10 ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Rebeca Zapata, Individually and as Personal Representative of and on Behalf of the Estate of Flavio Zapata, Deceased, and as Next Friend of A.N.Z. and B.A.Z.; Estela Zapata and Sergio Zapata Montoya, Individually and Doing Business as Openroad Transportation; and Clear Blue Insurance Company incorrectly named as Clear Blue Insurance Corporation; or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
8th day of March, 2021.

2